**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMMANUEL EDUARDO LOPEZ-CONTRERAS, <br><br> Defendant. | Case No.  2:24-mj-01434 <br><br> **ORDER OF DETENTION** |

On March 13, 2024, Defendant Emmanuel Eduardo Lopez-Contreras made his initial appearance in this district on the Indictment filed in the District of Alaska.  At Defendant's request, the detention hearing was continued to March 20, 2024.   A detention hearing was held on that date.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)]. For the reasons set forth below, the Court concludes that Defendant rebutted the presumption as to risk of flight, but did not rebut the presumption as to dangerousness.

The Court finds that no condition or combination of conditions will reasonably assure:

☐ the appearance of the Defendant as required.

☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g) The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to dangerousness on the following:

☒ The allegations in the Indictment;

☒ If released, Defendant would have access to extended family members who are minors and in the same age range as the victim in the Indictment;

☒ In his work as a delivery driver, Defendant could come into unsupervised contact with minors.

It is therefore ORDERED that Defendant Emmanuel Eduardo Lopez-Contreras be detained until trial and be transported to the United States District Court for the District of Alaska for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  *See* 18 U.S.C. § 3142(i).

Dated:  March 20, 2024

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE